STATE v. NICHOLS.

In an indictment properly laying an offence on a particular day, a *continuando* may be rejected as surplusage.

INDICTMENT, for embezzlement alleged to have been committed on a

certain day, " and on divers other days between that day, and a certain other subsequent day." The respondent moved to quash.

*Wheeler & Faulkner*, for the respondent.

*Woodward*, solicitor, for the state.

STANLEY, J. A day certain being named, and the *continuando* being rejected as surplusage, the indictment is good. *People* v. *Adams*, 17 Wend. 475 ; *Cook* v. *State*, 11 Ga. 53 ; *King* v. *Kixon*, 10 Mod. 335 ; *State* v. *La Coste*, 2 Mason 129 ; Hawkins P. C., B. 2, *c.* 25, *ss.* 32, 74.

*Motion denied.*